# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2650

_____

Billy Porter

*Plaintiff - Appellant*

v.

Department of Veterans Affairs, Todd B. Hunter,[1] Acting Secretary

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: January 17, 2025
Filed: January 23, 2025
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

---

[1]Acting Secretary Hunter is automatically substituted for his predecessor under Federal Rule of Appellate Procedure 43(c)(2).

Billy Porter appeals following the district court's[2] adverse grant of summary judgment in his employment discrimination action. After careful review of the record and the arguments properly before us, we conclude that the grant of summary judgment was proper. See Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo); Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (claim not raised or meaningfully argued in opening brief is waived). Accordingly, we affirm. See 8th Cir. R. 47B. The motion to strike is denied as moot.

_____

[2]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.